## MOTION DOCKET

**90–2236.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. On motion for leave to file reply brief. Motion denied.

A.W. Sweeney, J., dissents.

On motion for leave to file supplemental brief. Motion denied.

A.W. Sweeney, J., dissents.

On motion to remove counsel. Motion denied.

Pfeifer, J., would also strike all *pro se* filings in this cause.

**92–183.** State ex rel. Fowkes v. Marchewka. Order issued to show cause why this cause should not be dismissed for want of prosecution.

**92–1102.** Pleasant City v. Ohio Div. of Reclamation. *Guernsey County,* No. 91–CA–09. On motion for leave to file amended brief instanter. Motion granted.

**92–1199.** MCI Telecommunications Corp. v. Limbach. Board of Tax Appeals, No. 88–G–1137. On motion for leave to exceed page limit. Motion denied.

Moyer, C.J., A.W. Sweeney and Douglas, JJ., dissent.